IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:14CR233 |
| | ) | |
| v. | ) | |
| | ) | |
| EDDIE RAMIREZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

At the request of defendant's counsel and with the concurrence of plaintiff's counsel and the probation officer,

IT IS ORDERED:

1) Defendant shall reside in a residential reentry center (RRC) for a period of up to 180 days in the correctional component, to commence at the direction of the probation officer. The defendant shall observe the rules of that facility. The defendant may be discharged earlier than 180 days by the probation officer if defendant is determined to be in full compliance with the conditions of supervision.

2) The hearing set for July 19, 2016, at 11 a.m. is cancelled pending further order of the Court.

DATED this 15th day of July, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court