IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )         8:14CR233
                             )
       v.                    )
                             )
EDDIE RAMIREZ,               )         ORDER
                             )
            Defendant.       )
_____)
```

The Court has previously ordered that defendant shall reside in a residential reentry center for up to 180 days to commence at the direction of the probation officer (Filing No. 18). The probation officer has informed counsel that a bed at CH, Inc., residential reentry center is available on Friday, July 22, 2016. Defendant is required to be there no later than 12 noon on July 22, 2016. Accordingly,

IT IS ORDERED:

1) On July 22, 2016, at 10 a.m., the defendant shall be released from the custody of the United States Marshal and transported from the courthouse to CH, Inc., 1310 South 17th Street, Council Bluffs, Iowa, by a member of the Federal Public Defender's Office.

2) The defendant shall observe the rules of CH, Inc.

3) The defendant may be discharged earlier than 180 days by the probation officer if defendant is determined to be in full compliance with the conditions of supervision.

4) The defendant shall also abide by all the terms and conditions of his supervised release previously imposed.

DATED this 21st day of July, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court